[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 5, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14700
Non-Argument Calendar

_____

D. C. Docket No. 03-00248-CV-F-E

LUIS CANALES,

Plaintiff-Appellant,

versus

VETERANS OF FOREIGN WARS OF
THE UNITED STATES,
DEPARTMENT OF ALABAMA, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(April 5, 2006)

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

This is a review of the denial of a motion to set aside a final judgment, construed as a motion filed under Fed.R.Civ.P. 60(b). After reviewing the record, we find no abuse of discretion in the ruling of the district court.

AFFIRMED.